■ Local No. 4, International Association of Heat and Frost and Asbestos Workers, et al., Respondents, v Buffalo Wholesale Supply Co., Inc., Doing Business as Niagara Insulation, et al., Defendants, and Canfield Funding, LLC, Doing Business as Millennium Funding, Appellant. (Appeal No. 2.)

[852 NYS2d 886]—

Same memorandum as in *Local No. 4, Intl. Assn. of Heat & Frost & Asbestos Workers v Buffalo Wholesale Supply Co., Inc.* (49 AD3d 1276 [2008]). Present—Scudder, P.J., Martoche, Green and Gorski, JJ.